# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153567(35)(36)

J & N KOETS, INC.,
          Plaintiff/Counter-Defendant,

v

THOMAS REDMOND,
          Defendant/Counter-Plaintiff,
and

KATHY FORD,
          Defendant/Counter-Plaintiff/
          Third-Party Plaintiff-Appellant,
and

AUTO-OWNERS INSURANCE COMPANY,
          Third-Party Defendant-Appellee.
_____/

SC: 153567
COA: 326955
Kent CC: 12-001656-CK

       On order of the Chief Justice, appellant's motions to exceed the page limitation and to extend the time for filing her reply are GRANTED. The 16-page reply that was submitted on June 27, 2016, is accepted for filing.





       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2016

Clerk